UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-281-FDW
(3:07-cr-61-FDW-14)

| STEVEN JERMONTE CURETON, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) |  |
| Respondent. | ) |  |

**THIS MATTER** is before the Court on Petitioner's Motion for Reconsideration, (Doc. No. 4), of this Court's Order dated June 4, 2014, denying as a successive petition Petitioner's Motion to Amend/Correct his Motion to Vacate, Set Aside, Correct Sentence, brought under 28 U.S.C. § 2255. See (Doc. No. 2).

Petitioner's Motion for Reconsideration is **DENIED**, as this Court correctly dismissed the petition as successive. Furthermore, the Court declines to issue a certificate of appealibility as to this Order. See 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

Signed: June 28, 2014

Frank D. Whitney
Chief United States District Judge

1